UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>  Plaintiff,<br><br>  v.<br><br>GUSTAVO GUITY,<br><br>  Defendant. | Case No. 21-cv-09434-SK<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Regarding Docket No. 1 |

Plaintiff filed the complaint in this matter on December 6, 2021. (Dkt. 1.) It has come to the Court's attention that Plaintiff filed four other similar complaints on the same date against different defendants: 21-cv-9427-JCS, 21-cv-9430-JCS, 21-cv-9431-DMR, 21-cv-9432-TSH. Accordingly, pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge Joseph C. Spero for the purpose of determining the relationship between the cases.

**IT IS SO ORDERED**.

Dated: December 9, 2021

_____
SALLIE KIM
United States Magistrate Judge